208 P.3d 277

# SUPREME COURT OF HAWAIʻI

| | | | | |
|---|---|---|---|---|
| County of Hawaiʻi v. C & J Coupe Family Ltd. Partnership......... | 28822 | 05/22/2009 | Denied | 119 Hawaiʻi 352 198 P.3d 615 |